[pic]
|TENTH COURT OF APPEALS |
| | | |
|Chief Justice |McLennan County Courthouse | |
|Tom Gray |501 Washington Avenue, Rm 415 | |
| |Waco, Texas 76701-1373 |Clerk |
|Justice |Phone: (254) 757-5200 Fax: (254)|Sharri Roessler |
|Rex D. Davis |757-2822 | |
|Al Scoggins | | |

 August 13, 2015

 In accordance with the enclosed Memorandum Opinion, below is
 the judgment in the numbered cause set out herein to be entered in
 the Minutes of this Court as of the 13th day of August, 2015.

 10-13-00426-CV MICHAEL E. STEELE v. RAYELLEN JARRELL MILBURN,
 INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE
 ESTATE OF MARY KING STEELE, DECEASED - ON APPEAL
 FROM THE COUNTY COURT AT LAW NO. 2 OF BRAZOS COUNTY
 - TRIAL COURT NO. 13,590-PC-CV1 – REVERSED AND
 REMANDED - Memorandum Opinion by Justice Davis:

 “This cause came on to be heard on the transcript of the record
 of the Court below, and the same being considered, because it is the
 opinion of this Court that there was error in the judgment, it is
 ordered, adjudged and decreed by the Court that the judgment be
 reversed and the cause remanded in accordance with the opinion of
 this Court and that this decision be certified below for
 observance.”